UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. THOMAS J. AQUILINO, SENIOR JUDGE

---------------------------------------------------------------x
Victoria's Secret Direct,                              :

                *Plaintiff*,              :

                      v.              :     Court No.    09-00111

United States,                                         :

                *Defendant*.          :
---------------------------------------------------------------x

## COMPLAINT

1. Plaintiff is the importer of record.

2. The protests and summons herein were timely filed.

3. All liquidated duties, charges and exactions were paid prior to commencement of this action.

4. The imported merchandise at issue ("subject merchandise") is identified on attached Exhibit 1 by protest number, entry number, entry line number, style number, style description, HTSUS assessed, and HTSUS claimed.

5. The subject merchandise consists of ladies' knitted tops with a built-in shelf bra.

6. In liquidation, U.S. Customs and Border Protection ("Customs") classified the subject merchandise identified on Exhibit 1 under "Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles, knitted or crocheted, of cotton, other" in subheading 6110.20.20 Harmonized Tariff Schedule of the United States ("HTSUS") at the rate of 16.5 percent ad valorem.

<u>Victoria's Secret Direct v. United States,</u> CIT No. 09-00111

7. The subject merchandise identified on Exhibit 1 is classifiable as "Other garments, knitted or crocheted, of cotton" under subheading 6114.20.00, HTSUS, at the rate of 10.8 percent ad valorem.

8. The subject merchandise is similar to the merchandise at issue in *Victoria's Secret Direct, LLC v. United States*, 908 F. Supp. 2d 1332 (Ct. Int'l. Trade 2013) and *Lerner N.Y., Inc. v. United States*, 908 F. Supp. 2d 1313 (Ct. Int'l. Trade 2013), *aff'd. Victoria's Secret, LLC. V. United States*, 908 F.3d 1102 (Fed. Cir. 2014), wherein the court held that knitted outer garments which provide significant body coverage and bust support are classifiable under heading 6114, HTSUS.

**WHEREFORE**, plaintiff respectfully requests that this Court render judgment in its favor and direct Customs to (1) reliquidate each entry identified on Exhibit 1 with identified style number, classifying each style number identified for that entry as indicated above and (2) refund the excess duties collected with lawful interest.

        Respectfully submitted,

        GRUNFELD, DESIDERIO, LEBOWITZ
        SILVERMAN & KLESTADT, LLP
        Attorneys for Plaintiff
        599 Lexington Avenue
        36th Floor
        New York, New York 10022
        Tel. (212) 557-4000

    /s/    Robert F. Seely
            Robert B. Silverman
            Alan R. Klestadt

Dated:  New York, New York
       March 15, 2022

<u>Victoria's Secret Direct v. United States,</u> CIT No. 09-00111

## SCHEDULE A TO STIPULATED JUDGMENT CIT No. 09-00111

**Port:**   Los Angeles, CA (2704)

**Summons Filed:** 3/11/2009

*NOTE:*  Entries that are asterisked (*) are abandoned and not subject to stipulation of judgment.

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 2704-08-101750 | 113-3882513-3* | | | |
| 2704-08-101750 | 113-3902514-7* | | | |
| 2704-08-101750 | 113-3902608-7 | 1 | 207118 | PULLOVER, OFF THE SHOULDER CAP SLEEVE STYLE PULLOVER W/SHELF BRA |
| 2704-08-101750 | 113-3902610-3* | | | |
| 2704-08-101750 | 113-3902663-2* | | | |
| 2704-08-101750 | 113-3903356-2* | | | |

3

11515357_1